**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD P. BERRY, SR. & DESIGNS 2-U, INC.,**

        **Plaintiffs,**

-vs-                                                  **Case No. 6:05-cv-1332-Orl-31KRS**

**SASSY, INC.,**

        **Defendant.**

_____

**SASSY, INC.,**

        **Plaintiff,**

-vs-                                                  **Case No. 6:05-cv-1402-Orl-31KRS**

**DONALD P. BERRY, SR.,**

        **Defendant**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **SASSY'S UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL (Doc. No. 34)**
>
> **FILED:**       May 19, 2006
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED in part**.

Plaintiffs Donald P. Berry, Sr., and Designs 2-U, Inc. may file the exhibits designated as "Sealed Exhibits" in their Motion for Preliminary Injunction (doc. no. 36) under seal pending the Court's review of the exhibits to determine whether the documents presumptively contain trade secrets or other similarly sensitive information. If the Court determines that the documents were not properly filed under seal, it will permit the plaintiffs to withdraw the exhibits or to file them in the public record.

**DONE** and **ORDERED** in Orlando, Florida on May 22, 2006.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties