## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

**DONALD P. BERRY, SR. & DESIGNS 2-U, INC.,**

     **Plaintiffs,**

**-vs-**              **Case No.  6:05-cv-1332-Orl-31KRS**

**SASSY, INC.,**

     **Defendant.**

___

**SASSY, INC.,**

     **Plaintiff,**

**-vs-**              **Case No.  6:05-cv-1402-Orl-31KRS**

**DONALD P. BERRY, SR.,**

     **Defendant**

___

## ORDER

   This matter comes before the Court on the Plaintiffs' Motion to Strike Multiple Motions for Summary Judgment filed by Defendant Sassy, Inc. ("Sassy") (Doc. 73 at 1). On September 29, 2006, Sassy filed three summary judgment motions (Doc. 67, 68, and 69), totaling 57 pages. The Court's practice, except in exceptional circumstances, is to permit each side to file a single motion for summary judgment (as the Plaintiffs in this case have done). Sassy has not sought leave to file multiple summary judgment motions. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion to Strike (Doc. 73) is **GRANTED**, and Sassy's Motions for Summary Judgment (Doc. 67, 68, and 69) are hereby **STRICKEN**. Sassy may file a single motion for summary judgment of no more than thirty pages, on or before October 23, 2006.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 16, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party