**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD P. BERRY, SR. & DESIGNS 2-U, INC.,**

        **Plaintiffs,**

-vs-                                                         Case No.  6:05-cv-1332-Orl-31KRS

**SASSY, INC.,**

        **Defendant.**
_____

**SASSY, INC.,**

        **Plaintiff,**

-vs-                                                         Case No. 6:05-cv-1402-Orl-31KRS

**DONALD P. BERRY, SR.,**

        **Defendant**
_____

## ORDER

Upon consideration of Berry's Motion to Exclude the expert testimony of Jeffery G. Martin (Doc. 78) and Sassy's Response (Doc. 90), the Court finds that Sassy's expert disclosure was untimely and that the delay was unjustified and prejudicial to Berry.  Accordingly, it is

**ORDERED** that said Motion is GRANTED.  Mr. Martin will not be permitted to offer expert opinion at trial.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 21, 2006.

Copies furnished to:

Counsel of Record
Unrepresented Party

                                                      GREGORY A. PRESNELL
                                              UNITED STATES DISTRICT JUDGE