## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DONALD P. BERRY, SR. & DESIGNS 2-U, INC.,**

**Plaintiffs,**

**-vs-**                                          **Case No.  6:05-cv-1332-Orl-31KRS**

**SASSY, INC.,**

**Defendant.**

_____


**SASSY, INC.,**

**Plaintiff,**

**-vs-**                                          **Case No. 6:05-cv-1402-Orl-31KRS**

**DONALD P. BERRY, SR.,**

**Defendant**

_____


## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. No. 136), which is construed as a motion, it is

**ORDERED** that the motion is DENIED.  Absent a showing of good cause, the Court cannot retain jurisdiction to enforce a non-disclosed settlement agreement.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 21, 2007.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party