**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DONALD P. BERRY, SR. & DESIGNS 2-U, INC.,**

        **Plaintiffs,**

-vs-                                  **Case No. 6:05-cv-1332-Orl-31KRS**

**SASSY, INC.,**

        **Defendant.**

_____

**SASSY, INC.,**

        **Plaintiff,**

-vs-                                  **Case No. 6:05-cv-1402-Orl-31KRS**

**DONALD P. BERRY, SR.,**

        **Defendant**

_____

**ORDER**

After reviewing the parties' settlement agreement *in camera*, the Court finds no valid basis for retaining jurisdiction to enforce its terms. In consideration of the foregoing, and pursuant to the parties' stipulation (Doc. 136), it is hereby **ORDERED AND ADJUDGED** that this case is

**DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees. The Clerk is **DIRECTED** to return the settlement agreement and Sealed Doc. #1 to the party or parties that filed them.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on March 23, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party